AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

STEPHANIE HUNTER
2276 Courtland Avenue
Oakland, California 96401

**SUMMONS IN A CIVIL CASE**

V.

Emanuel Payton
1438 Jonquil Street, N.W.
Washington, D.C. 20012

CASE 1

Case: 1:07-cv-01011
Assigned To : Collyer, Rosemary M.
Assign. Date : 6/5/2007
Description: Contract

TO: (Name and address of Defendant)

Emanuel Payton
1438 Jonquil Street, N.W.
Washington, D.C. 20012

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey W. Harab, Esquire
Law Offices of Jeffrey W. Harab, P.C.
4600 North Park Avenue, Suite 101
Chevy Chase, Maryland 20815

an answer to the complaint which is served on you with this summons, within    20    days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JUN - 5 2007
CLERK                                       DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 6-10-07  5:40 AM |
| NAME OF SERVER (PRINT)   M. SHAPIRO | TITLE   PPS |

*Check one box below to indicate appropriate method of service*

[X] Served personally upon the defendant. Place where served: 1438 Jonquil St NW Wash DC

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6-10-07
   Date

M. Shapiro
Signature of Server

2020 Pa Ave NW DC
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.