IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEPHANIE HUNTER | * | |
| | * | |
| Plaintiff, | * | |
| | * | Case: 1:07-cv-01011 |
| vs. | * | Assigned To: Collyer, Rosemary M. |
| | * | Assign. Date: 6/5/07 |
| EMANUEL PAYTON | * | Description: Contract |
| | * | |
| Defendant. | * | |

### DISMISSAL

COMES NOW Plaintiff, Stephanie Hunter by and through counsel undersigned who hereby withdraw the within action against Defendant, Emanuel Payton and request that the same be *dismissed with prejudice*, as the parties have settled and the monies owed Plaintiff are paid and satisfied.

Respectfully submitted,

LAW OFFICES OF JEFFREY W. HARAB, P.C.

By: _____
Jeffrey W. Harab          Bar No. 322750
4600 North Park Avenue, Suite 101
Chevy Chase, Maryland 20815
(301) 656-1100
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Line of Dismissal was mailed first class, postage prepaid, on this 27th day of June, 2007 to Emanuel Payton at 1438 Jonquil Street, N.W., Washington, D.C. 20012.

_____
Jeffrey W. Harab

G:\Pleadings\HUNTERvPAYTONdismissal.wpd